IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SWAROVSKI AKTIENGESELLSCHAFT and SWAROVSKI NORTH AMERICA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 20-cv-06357<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Susan E. Cox** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Swarovski Aktiengesellschaft and Swarovski North America Limited (collectively, "Swarovski" or "Plaintiffs"), hereby dismiss this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Pingyang Shuanghua Metal Products Co., Ltd. | 57 |

|  |  |
|---|---|
| Dated this 4th day of January 2021. | Respectfully submitted,<br><br>/s/ Allyson M. Martin<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Allyson M. Martin<br>Isaku M. Begert<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>amartin@gbc.law<br>ibegert@gbc.law<br><br>*Counsel for Plaintiffs Swarovski Aktiengesellschaft and Swarovski North America Limited* |